IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JEFFREY T. SPENCER,

        Appellant,

v.

HEATHER W. SPENCER,

        Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-100

Opinion filed October 3, 2014.

An appeal from the Circuit Court for Duval County.
Lance M. Day, Judge.

Christopher W. LoBianco and Nick James of Hunt, Green & James, Jacksonville, for Appellant.

Corrine A. Bylund of Zisser, Brown, Nowlis & Cabrey, P.A., Jacksonville, for Appellee.

PER CURIAM.

      AFFIRMED.

PADOVANO, THOMAS, and CLARK, JJ., CONCUR.